UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. **13-35004** (If Known)
**John Russell Clark** ) AMENDED
) CHAPTER 7 INDIVIDUAL DEBTOR'S*
) STATEMENT OF INTENTION(S)
Debtor(s) ) PER 11 U.S.C. §521(a)

**\*IMPORTANT NOTICES TO DEBTOR(S):**
(1) **SIGN AND FILE this form even if** you show "NONE," **AND**, if creditors are listed, **have the service certificate COMPLETED**; **AND**
(2) **Failure to perform** the intentions as to property stated below within 30 days after the first date set for the Meeting of Creditors under 11 U.S.C. §341(a) may result in relief for the creditor from the Automatic Stay protecting such property.

**PART A -** Debts secured by property of the estate. (Part A must be FULLY COMPLETED for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **BMW Financial** | **Describe Property Securing Debt:** <br> **2008 BMW X5** |
|---|---|

Property will be (check one): ■ SURRENDERED    ☐ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 USC §522(f) _____

Property is (check one): ■ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

---

Property No. 2

| **Creditor's Name:** <br> **Chase** | **Describe Property Securing Debt:** <br> **13188 NW Harvest Street** <br> **Portland, OR 97229** |
|---|---|

Property will be (check one): ☐ SURRENDERED    ■ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain (for example, avoid lien using 11 USC §522(f) **Continue paying as agreed**

Property is (check one): ■ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

---

Property No. 3

| **Creditor's Name:** <br> **Peter and Linda Robedeau** | **Describe Property Securing Debt:** <br> **13188 NW Harvest Street** <br> **Portland, OR 97229** |
|---|---|

Property will be (check one): ☐ SURRENDERED    ■ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain (for example, avoid lien using 11 USC §522(f) **avoid lien using 11 U.S.C. § 522(f)**

Property is (check one): ■ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

---

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Washington County** | **Describe Property Securing Debt:**<br>**13188 NW Harvest Street**<br>**Portland, OR 97229** |

Property will be (check one): ☐ SURRENDERED   ■ RETAINED

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain (for example, avoid lien using 11 USC §522(f) **Continue paying as agreed**

Property is (check one): ■ CLAIMED AS EXEMPT    ☐ NOT CLAIMED AS EXEMPT

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be assumed pursuant to 11 USC §365(p)(2)<br>☐ YES   ☐ NO |

| | |
|---|---|
| *I DECLARE UNDER PENALTY OF PERJURY THAT* **THE ABOVE INDICATES INTENTION AS TO ANY PROPERTY OF MY ESTATE SECURING A DEBT AND/OR PERSONAL PROPERTY SUBJECT TO AN UNEXPIRED LEASE.** | *I/WE, THE UNDERSIGNED, CERTIFY THAT COPIES OF* **BOTH** *THIS DOCUMENT* **AND** *LOCAL FORM #715* **WERE SERVED ON** **ANY CREDITOR NAMED ABOVE.** |
| DATE:  **October  9, 2013** | DATE:  **October  9, 2013** |
| **/s/ John Russell Clark**<br>DEBTOR'S SIGNATURE | **/s/ Nicholas J. Henderson OR:       074027**<br>DEBTOR OR ATTORNEY'S SIGNATURE     OSB# (if attorney) |
| <br>JOINT DEBTOR'S SIGNATURE (If applicable) | JOINT DEBTOR'S SIGNATURE (If applicable and no attorney)<br>**Nicholas J. Henderson OR: 074027    (503) 417-0500**<br>PRINT OR TYPE SIGNER'S NAME & PHONE NO.<br>**117 SW Taylor St., Suite 200**<br>**Portland, OR 97204**<br>SIGNER'S ADDRESS (if attorney) |

**NON-JUDICIAL REMEDY WHEN CONSUMER DEBTOR FAILS TO TIMELY PERFORM STATED INTENTIONS**

Creditors, see Local Form #715 [attached if this document was served on paper] if you wish information on how to obtain NON-JUDICIAL relief from the automatic stay of 11 U.S.C. §362(a) as to your collateral.

**QUESTIONS????**
**Call an attorney with questions about these procedures or the law.  However, only call the debtor's attorney if you have questions about the debtor's intent as to your collateral.**

**PROCEDURES CREATED BY THE BANKRUPTCY COURT CONCERNING REQUESTS FOR NON-JUDICIAL RELIEF FROM THE AUTOMATIC STAY AS TO SECURED COLLATERAL IN CHAPTER 7 CASES**

If you are interested in expediting relief from the automatic stay of 11 U.S.C. §362(a) as to property in which you hold a security interest, **YOU MUST FURNISH** the trustee a statement of the balance due and estimated property value. **ALSO ATTACH** a copy of your security agreement and other documents required for perfection (e.g., if the security is an automobile, a copy of the certificate of title showing your security interest). **YOU MUST ALSO ATTACH** a completely filled out (except for signatures) copy of LBF #750.

**DO NOT FILE THE REQUEST NOR ANY COPIES THEREOF WITH THE COURT! ALSO, YOU ARE NOT REQUIRED TO FILE THE COMPLETED LBF #750 WITH THE COURT TO MAKE THIS RELIEF EFFECTIVE!**

Under §522(f) of the Bankruptcy Code the debtor may request a judicial lien or a non-possessory, non purchase-money security interest on certain exempt property be voided to the extent the exemption is impaired by the lien or security interest. Under §722 the debtor may request the court determine the value of certain personal property and permit the debtor to redeem the property from any lien against it by paying that value to the lien holder. Because of these two sections, the consent of both the trustee and debtor is required to permit a repossession or foreclosure without court order.

IF YOUR REQUEST TO RECEIVE NON-JUDICIAL RELIEF FROM STAY WILL BE MADE AT THE MEETING OF CREDITORS (OR IS SERVED WITHIN 15 DAYS PRIOR TO SUCH MEETING and therefore will be considered at the meeting), it must be in writing and contain all the information required in paragraph one. Copies of all documents must be submitted to the debtor and any debtor's attorney prior to that meeting.

IF YOU WISH TO RECEIVE NON-JUDICIAL RELIEF FROM STAY PRIOR TO THE MEETING OF CREDITORS, OR IF YOUR REQUEST IS MADE AFTER THE MEETING OF CREDITORS, IT MUST BE IN WRITING and contain all the information required in paragraph one. If the request includes a signed debtor stipulation, nothing further is required and the trustee may immediately process the request. However if the request does not include a signed debtor stipulation, then it MUST BOTH: (1) certify copies of all documents were simultaneously served on (e.g., mailed to) the debtor and any debtor's attorney, AND (2) clearly set out the following notice:

> "By way of this letter the debtor is informed that the trustee may grant non-judicial relief from the automatic stay as to the property UNLESS THE TRUSTEE IS NOTIFIED IN WRITING WITHIN 15 DAYS AFTER THE SERVICE OF THIS REQUEST THAT THE DEBTOR OBJECTS TO SUCH RELIEF. Such relief shall constitute a termination of the stay provided by 11 U.S.C. §362(a) and will permit this creditor to foreclose his lien or security interest by repossession or as otherwise provided by law."

Objections to non-judicial relief from the automatic stay, unless made at the meeting of creditors, must be in writing, with a copy simultaneously served on the debtor, requesting creditor, trustee, and their respective attorneys of record. The objection must be post-marked by the 15th day after the request was served, and received by the trustee within 20 days, or the trustee may grant the request.

If the trustee receives a timely objection from the debtor, the trustee shall not grant non-judicial relief or consider repetitive requests by the same creditor unless the debtor withdraws such objection in writing.

The trustee will grant non-judicial relief from the automatic stay if the above requirements are met, the debtor either does not timely object or stipulates in writing to such relief, and there appears to be no equity in the property for the benefit of creditors.

Signing of LBF #750 by the trustee, granting non-judicial relief, shall constitute a termination of the stay of an act against such property under 11 U.S.C. §362(a). The trustee, however, shall not be deemed to have abandoned his/her interest in the property, nor have waived any other rights as to the property. Any non-exempt equity in the property remaining after disposition shall be immediately returned to the trustee.

If either the trustee or debtor(s) will not agree to such relief for any reason, you must file a motion for relief from stay under §362(d). Instructions and forms may be obtained from the court's web site at www.orb.uscourts.gov.

IMPORTANT. All requests to the trustee MUST be accompanied by a self-addressed and stamped envelope, or the trustee need not respond.

***SEE REVERSE/ATTACHED***

715 (8/8/08)

<u>CERTIFICATE OF SERVICE</u>

I, Troy G. Sexton, hereby certify that I served the foregoing **AMENDED DEBTOR'S STATEMENT OF INTENT RE SECURED PROPERTY** on the following person(s):

**BMW Financial**
**300 Chestnut Ridge Road**
**Woodcliff Lake, NJ  07677**

**Chase**
**PO Box 9001950**
**Louisvile, KY  40290**

**Peter and Linda Robedeau**
**23050 SW Mountain Creek Road**
**Sherwood, OR  97140**

**Washington County**
**Department of Assessment & Taxation**
**Attn:  Alan A. Rappleyea**
**155 N. First, PSB 130**
**Hillsboro, OR  97124**

___X___  BY FIRST CLASS MAIL.  I mailed a true copy of the foregoing document in a sealed envelope, postage prepaid, plainly addressed as indicated above, and deposited at the post office in Portland, Oregon on the date set forth below.

_____  BY FAX.  I transmitted a true copy of the foregoing document via facsimile to the party indicated above at their last known fax number on the date set forth below.  Facsimile transmission reports are retained in our files to prove such service if needed.

_____  BY E-MAIL.  I transmitted a true copy of the foregoing document via e-mail to the parties indicated above at their last known e-mail address on the date set forth below.  E-mail transmission reports are retained in our computer files to prove such service if needed.

DATED this 9th day of October, 2013.

/s/ Troy G. Sexton
Troy G. Sexton, OSB #115184
Of Attorneys for John Russell Clark

Page 1 – CERTIFICATE OF SERVICE

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 200
Portland, Oregon  97204-3029
cblattner@portlaw.com
Telephone:  503-417-0500 • Fax:  503-417-0501